IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEOPOLDO REA GAMON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 1:15-cv-03514-WCO |
| | : |
| RESCOM OF GEORGIA, LLC and | : |
| MARK STREIFERT, | : |
| | : |
| Defendants. | : |

## ORDER

Pending before the court is a joint motion to approve a Fair Labor Standards Act settlement agreement. The court has carefully reviewed the parties' settlement agreement and finds that it is fair and reasonable in light of the claims and defenses asserted. Therefore, the court **GRANTS** the parties' joint motion. The court **DIRECTS** the clerk to **ADMINISTRATIVELY CLOSE** the above-styled case. Pursuant to their agreement, the court shall retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED, this 29th day of September, 2016.

William C. O'Kelley
Senior United States District Judge